IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **VINCE LEE WINTERS,** | * |
| Plaintiff, | * |
| vs. | *  CIVIL ACTION 11-00261-CB-B |
| **MICHAEL J. ASTRUE,** Commissioner of Social Security, | * |
| Defendant. | * |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 6, 2012, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 30th day of April, 2012.

*s/Charles R. Butler, Jr.*
**SENIOR UNITED STATES DISTRICT JUDGE**